# EXHIBIT A

1

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia   VA. CODE § 16.1-79   **ORIGINAL**

Prince William County _____ General District Court

CITY OR COUNTY

9311 Lee Ave, Manassas    RECEIVED

STREET ADDRESS OF COURT

JUL 23 2024

BY _____ PRINCE WILLIAM GDC

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before the Court at the above address on

9-17-24   11:00AM   to answer the Plaintiff(s)' civil claim (see below)

RETURN DATE AND TIME

7/25/24   Act

DATE ISSUED   [ ] CLERK  [X] DEPUTY CLERK  [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$25,000 net of any credits, with interest at 6 % from date of Judgment until paid,

$85⁰⁰ costs and $ N/A attorney's fees with the basis of this claim being

[ ] Open Account [X] Contract [ ] Note [X] Other (EXPLAIN)

FCRA Violation & Contract Breach

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [X] cannot be demanded

7/23/24

DATE   [X] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ] ........................

for $ ............ net of any credits, with interest at ........ % from date

of ............ until paid, $ ............ costs and $ ............ attorney's fees

[ ] and $ ............ costs for Servicemember Civil Relief Act counsel fees

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CAN NOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ..................

[ ] NON-SUIT [ ] DISMISSED ........................

Defendant(s) Present: [ ] NO [ ] YES ........................

DATE   JUDGE

FORM DC-412 (FRONT) 10/22

---

CASE NO. ____

Harold Schmidt

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

8171 Honey Bee Way Apt204

ADDRESS

Manassas, VA 20111

703-901-7252

v.

Lending Club Bank N.A.

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

Serve Custodian of Record

ADDRESS

3440 Flair Dr

El Monte, CA 91731

## WARRANT IN DEBT

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you **must** appear on the return date to try this case.

[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ............ ORDERED ........ DUE

Grounds of Defense ............ ORDERED ........ DUE

ATTORNEY FOR PLAINTIFF(S)

ATTORNEY FOR DEFENDANT(S)

---

**HEARING DATE AND TIME**

9-17-24

11:00AM

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

DATE

CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH**

Case No. GN 24 012526-00

Commonwealth of Virginia    Va. Code §§ 8.01-301, -329; 55.1-1211; 55.1-1401; 57-51

Prine William County General District Court

Harald Schmidt
8171 Honey Bee Way Apt 204
Manassas, VA 20111

v.

Lending Club Bank N.A
Serve Custodian of Records
3440 Flair Dr, El Monte, CA 91731

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: [ ] Warrant    [√] Motion for Judgment    [ ] ...........................................................................

I, the undersigned Affiant, state under oath that:

[√] the above-named defendant    [ ] .................................................................................................

whose last known address is: [ ] same as above [ ] .......................................................................

.......................................................................................................................................................

1.    [√] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) ....................
applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2.    [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT on reverse) and that

9-17-24  11:00 AM    is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse).

7/23/24
DATE

[√] PARTY    [ ] PARTY'S ATTORNEY    [ ] PARTY'S AGENT

State of Virginia

[ ] City [√] County of Prince William

Acknowledged, subscribed and sworn to before me this 23 day of July , 20 24

NOTARY REGISTRATION NUMBER

[√] CLERK  [ ] MAGISTRATE  [ ] NOTARY PUBLIC (My commission expires ........................ )
Deputy

[ ] Verification by the clerk of the court of the date of filing of the certificate of compliance requested. A self-addressed stamped envelope was provided to the clerk at the time of filing of this Affidavit.

NOTICE TO THE RECIPIENT from the Office of the Executive Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.

SERVICE OF PROCESS IS EFFECTIVE ON THE DATE WHEN SERVICE IS MADE ON THE SECRETARY OF THE COMMONWEALTH.

**CERTIFICATE OF COMPLIANCE**

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1.    On ................................................................................, legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2.    On ................................................................................, papers described in the Affidavit and a copy of this Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

_____
SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM DC-410 FRONT 10/19

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia    VA. CODE § 16.1-79    **ORIGINAL**

Prince William County ......... General District Court
CITY OR COUNTY

9311 Lee Ave, Manassas
STREET ADDRESS OF COURT

RECEIVED
JUL 23 2024
BY
PRINCE WILLIAM GDC

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before the Court at the above address on

9-17-24    11:00 AM ......... to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

7/23/24 .........    Act
DATE ISSUED    [ ] CLERK  [X] DEPUTY CLERK  [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$25,000 ......... net of any credits, with interest at ......... 6 % from date of Judgment until paid,

$ 85.00 ......... costs and $ ......... N/A ......... , attorney's fees with the basis of this claim being

[ ] Open Account [✓] Contract [ ] Note [✓] Other (EXPLAIN)

FCRA Violation & Contract Breach

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [✓] cannot be demanded

7/23/24 .........
DATE    [✓] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ] .........

for $ ......... net of any credits, with interest at ......... % from date

of ......... until paid, $ ......... costs and $ ......... attorney's fees

[ ] and $ ......... costs for Servicemember Civil Relief Act counsel fees

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CAN NOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] .........

[ ] NON-SUIT [ ] DISMISSED .........

Defendant(s) Present: [ ] NO [ ] YES .........

DATE    JUDGE

FORM DC-412 (FRONT) 10/22

---

Harold Schmidt
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

8171 Honey Bee Way Apt 204
ADDRESS

Manassas, VA 20111

703-901-7252

v.

Lending Club Bank N.A.
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

Serve Custodian of Record
ADDRESS

3440 Flair Dr

El Monte, CA 91731

## WARRANT IN DEBT

**TO DEFENDANT:** You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you **must** appear on the return date to try this case.

[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars .........
    ORDERED    DUE

Grounds of Defense .........
    ORDERED    DUE

ATTORNEY FOR PLAINTIFF(S)

.........

.........

ATTORNEY FOR DEFENDANT(S)

.........

.........

---

HEARING DATE AND TIME

9-17-24

11 AM

~~10-31-24~~

1:30pm  S/SOC

motion

to squash

to be

heard

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

DATE

CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH**
Commonwealth of Virginia — Va. Code §§ 8.01-301, -329; 55.1-1211; 55.1-1401; 57-51

Case No. *GV 270125 28 00*

*9/17/24  11:00am*

*Prine William County General* District Court

*Harold Schmidt*
*8171 Honey Bee Way Apt 204*
*Manassas, VA 20111*

v.

*Lending Club Bank N.A*
*Serve Custodian of Records*
*3440 Flair Dr, El Monte, CA 91731*

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: [ ] Warrant    [✓] Motion for Judgment    [ ] ..............................................................................

I, the undersigned Affiant, state under oath that:

[✓] the above-named defendant    [ ] ..............................................................................

whose last known address is: [ ] same as above  [ ] ..............................................................................

..............................................................................

1. [✓] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) ................... applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2. [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT on reverse) and that

| *9-17-24 11 AM* | is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse) |

*7/23/24*
DATE

[✓] PARTY    [ ] PARTY'S ATTORNEY    [ ] PARTY'S AGENT

State of *Virginia*    [ ] City [✓] County of *Prine William*

Acknowledged, subscribed and sworn to before me this *23* day of *July*, 20 *24*

NOTARY REGISTRATION NUMBER

[✓] CLERK  [ ] MAGISTRATE  [ ] NOTARY PUBLIC (My commission expires ..............................)

[ ] Verification by the clerk of the court of the date of filing of the certificate of compliance requested. A self-addressed stamped envelope was provided to the clerk at the time of filing of this Affidavit.

NOTICE TO THE RECIPIENT from the Office of the Executive Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.

SERVICE OF PROCESS IS EFFECTIVE ON THE DATE WHEN SERVICE IS MADE ON THE SECRETARY OF THE COMMONWEALTH.

**CERTIFICATE OF COMPLIANCE**

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On *JUL 3 0 2024*, legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On *AUG 1 6 2024*, papers described in the Affidavit and a copy of this Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM DC-410 FRONT 10/19

Case 1:24-cv-01826-MSN-IDD   Document 1-1   Filed 10/16/24   Page 6 of 7 PageID# 12

# Prince William General District Court

 

## Civil Case Details

| Prince William General Dist ⌄ |
|---|

**Name Search**
**Case Number Search**
**Hearing Date Search**
**Service/Process Search**

**Name Search**
**Case Number Search**
**Hearing Date Search**
**Service/Process Search**

### Case Information

| Case Number : | GV24012526-00 | Filed Date : | 07/23/2024 |
|---|---|---|---|
| Case Type : | Warrant In Debt | Debt Type : | |

### Plaintiff Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| SCHMIDT, HARALD | | MANASSAS, VA 20111 | | |

### Defendant Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| LENDING CLUB BANK N.A | | EL MONTE, CA 91731 | | |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|
| 10/31/2024 | 01:30 PM | | Contested Hearing | 1 |
| 09/17/2024 | 11:00 AM | Continued | Civil Hearing | 1 |

### Service/Process

| Person Served | Process Type | Date Issued | Date Served | Plaintiff | How Served |
|---|---|---|---|---|---|
| LENDING CLUB BANK N.A | Warrant In Debt | 07/23/2024 | | SCHMIDT, HARALD | |

### Reports

| Report Type | Reporting Agency | Date Ordered | Date Due | Date Received |
|---|---|---|---|---|

### Judgment Information

| Judgment : | | Costs : | | Attorney Fees : | |
|---|---|---|---|---|---|
| Principal Amount : | | Other Amount : | | Interest Award : | |
| Possession : | | Writ of Eviction Issued Date : | | Writ of Eviction Executed Date : | |
| Homestead Exemption Waived : | | Writ of Fieri Facias Issued Date : | | | |

| Is Judgment Satisfied : | Date Satisfaction Filed : | Other Awarded : |
|---|---|---|
| **Further Case Information :** | | |

## Garnishment Information

| Garnishee : | | Address : | |
|---|---|---|---|
| **Garnishee Answer :** | | **Answer Date :** | **Number of Checks Received :** |

## Appeal Information

| Appeal Date : | Appealed By : |
|---|---|

Back to Search Results

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms |

Judicial Branch Agencies | Programs

Build #: 6.2.5.6